UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

GEORGE F.,

                              Plaintiff,

                v.                                        1:20-CV-868
                                                                         (FJS/DJS)

KILOLO KIJAKAZI, Acting Commissioner of the
Social Security Administration,

                              Defendant.
_____

**APPEARANCES**                                       **OF COUNSEL**

**OLINSKY LAW GROUP**                  **HOWARD D. OLINSKY, ESQ.**
250 South Clinton Street, Suite 210
Syracuse, New York 13202
Attorneys for Plaintiff

**SOCIAL SECURITY ADMINISTRATION**    **AMY BLAND, ESQ.**
J.F.K. Federal Building, Room 625
15 New Sudbury Street
Boston, Massachusetts 02203
Attorneys for Defendant

**SCULLIN, Senior Judge**

## ORDER

On September 20, 2021, the Court entered judgment in this case. *See* Dkt. No. 24. On December 17, 2021, Plaintiff filed a motion for attorney's fees in the amount of $5,294.65 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA"), and for costs in the amount of $400.00. *See* Dkt. No. 25. Plaintiff filed documentation supporting his motion for attorney's fees, including Plaintiff's waiver of direct payment of the EAJA fees and assigning said fees to be paid directly to his attorney. *See* Dkt. Nos. 25-2 through 25-8.

On December 30, 2021, Defendant filed her response, in which she stated that she had no objection to Plaintiff's motion to the extent that motion sought attorney's fees in the amount of $5,294.65 under the EAJA and costs in the amount of $400.00, which "shall be paid from the Judgment Fund to Plaintiff by the Secretary of the Treasury after certification by the Attorney General, pursuant to 28 U.S.C. § 2414, as referenced in 28 U.S.C. § 2412(d)." *See* Dkt. No. 26.

Having reviewed the parties' submissions, the Court hereby

**ORDERS** that Plaintiff's motion for an award of attorney's fees in the amount of $5,294.65 pursuant to the EAJA and for costs in the amount of $400.00, *see* Dkt. No. 25, is **GRANTED**; and the Court further

**ORDERS** that, in light of Plaintiff's waiver of direct payment of the EAJA fees and costs and assignment of those fees and costs to be paid directly to his attorney and, assuming Plaintiff has no debt registered with the Department of Treasury subject to offset, that the award be made payable to Plaintiff's attorney.

**IT IS SO ORDERED.**

Dated: January 3, 2022
       Syracuse, New York.

Frederick J. Scullin, Jr.
Senior United States District Judge